STATE of Missouri, Respondent,

v.

Arvis MILLER, Appellant.

No. ED 99919.

Missouri Court of Appeals,
Eastern District,
Division Four.

Sept. 23, 2014.

Jessica Hathaway, Assistant Public Defender, St. Louis, MO, for appellant.

Gabriel E. Harris, Assistant Attorney General, Jefferson City, MO, for respondent.

Before PATRICIA L. COHEN, P.J., ROY L. RICHTER, J., and ROBERT M. CLAYTON III, J.

### ORDER

PER CURIAM.

Arvis Miller (Defendant) appeals the judgment of conviction entered by the Circuit Court of the City of St. Louis after a jury found him guilty of sexual assault. Defendant claims that the trial court erred in denying his motion for judgment of acquittal.

We have reviewed the briefs of the parties and the record on appeal and conclude that the trial court did not err. An extended opinion would have no precedential value. We have, however, provided a memorandum opinion only for the use of the parties setting forth the reasons for our decision.

We affirm the judgment pursuant to Rule 30.25(b).